UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 2:13-cr-121-FtM-38DNF

RONALD FRANCIS CROTEAU

---

**ORDER**

This matter comes before the Court on Motion to Dismiss (Doc. #17) filed on December 23, 2013 and the Motion for Request for Admission (Doc. #18) filed on December 30, 2013. On November 12, 2013, the Defendant appeared for Initial Appearance on an Indictment that was returned in this Court on August 21, 2013. The Court appointed the Public Defender, however, due to a conflict, CJA Counsel Neil Potter was appointed to represent the Defendant. The Defendant has filed the instant motions *pro se* and without the knowledge of his Court appointed Counsel. Pursuant to the Local Rules of this Court, "[a]ny party for whom a general appearance of Counsel has been made shall not thereafter take any step or be heard in the case in proper person." M.D. Fla. Rule 2.03(d). As the Defendant is represented by Counsel, the Court will not accept *pro se* motions or other pleadings. Thus, the motions are due to be striken.

Accordingly, it is now

**ORDERED:**

The Motion to Dismiss (Doc. 17) and the Motion for Request for Admission (Doc. 18) are **STRICKEN**. The Clerk is directed to return the *pro se* pleadings to the

Defendant. All further motions, filings, pleadings, correspondence or communications with the Court shall be made by and through Court appointed Counsel.

**DONE AND ORDERED** at Fort Myers, Florida, this December 30, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record