UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                          CASE NO: 2:13-cr-121-FtM-38DNF

RONALD FRANCIS CROTEAU

## ORDER

This matter comes before the Court on the Motion to File Psychological Evaluation Under Seal filed on July 8, 2014.  Counsel requests permission to file the Defendant's psychological evaluation under seal.  As grounds, Counsel seeks to preserve the Defendant's right to privacy in medical records and his Sixth Amendment rights.  Accordingly, it is now

**ORDERED:**

The Motion to Psychological Evaluation Under Seal is **GRANTED**. The Clerk is directed to file the Psychological Evaluation of the Defendant on the record under seal.

**DONE AND ORDERED** at Fort Myers, Florida, this 10th day of July, 2014.

*(signature)*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record