UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                  CASE NO: 2:13-cr-121-FtM-38DNF

RONALD FRANCIS CROTEAU

### ORDER

This matter comes before the Court upon review of the docket. On December 4, 2014, Defendant filed a Reply to the Government's Response to the Motion to Dismiss (Doc. #90). Pursuant to Local Rule 3.01(c), no party shall file any reply or further memorandum directed to a motion or response unless the Court grants leave. Counsel did not seek leave of Court prior to the filing of the Reply to the Government's Response. Therefore, the Court will strike the Reply (Doc. #90). Accordingly, it is now

**ORDERED:**

The Defendant's Reply to Government's Response to Motion to Dismiss (Doc. #90) is **STRICKEN**.

**DONE AND ORDERED** at Fort Myers, Florida, this December 5, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record