UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                             CASE NO: 2:13-cr-121-FtM-38DNF

RONALD FRANCIS CROTEAU

### ORDER

This matter comes before the Court on the Motion to Strike Docket Entry 133, Motion for Enlargement of Time to File Motion (Doc. #134) filed on January 27, 2015, the Corrected Unopposed Motion for Enlargement of Time to File Motion for New Trial (Doc. #135) filed on January 27, 2015, and the Motion to Strike Motion to Strike (Doc #137) filed on January 27, 2015.

Counsel for the Defendant moved the Court for an extension of time to file a post-trial motion (Doc. #133). Subsequently, Counsel moved to strike that motion (Doc. #134) and contemporaneously filed a corrected motion (Doc. #134). The Court granted Counsel's request for the extension of time to file the post-trial motion (Doc. #133) and granted counsel an additional thirty (30) days to do so. Counsel then filed a motion to strike the motion to strike (Doc. #137) because the Court had already ruled upon the relief requested in the original motion. In order to clear up the record on this matter, the Court will issue the following directives.

It is now

**ORDERED:**

(1) The Clerk is directed to **VACATE** the Court's Order granting the Unopposed Motion for Enlargement of Time to File Motion for Judgment Notwithstanding the Verdict.

(2) The Motion to Strike Docket Entry 133, Motion for Enlargement of Time to File Motion (Doc. #134) is **GRANTED**.

(3) Corrected Unopposed Motion for Enlargement of Time to File Motion for New Trial (Doc. #135) is **GRANTED.** The Defendant shall have an additional 30 days to file the Motion.

(4) The Motion to Strike Motion to Strike (Doc #137) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this February 2, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record