UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                       CASE NO: 2:13-cr-121-FtM-38DNF

RONALD FRANCIS CROTEAU

### ORDER[1]

This matter comes before the Court on review of the docket. On June 11, 2015, Defendant Ronald Francis Croteau filed a notice as a *pro se* litigant. (Doc. #175). Croteau is represented by Attorney David Joffe. Since Croteau is represented by an attorney he is not permitted to file anything on the docket *pro se*. See M.D. Fla. 2.03(d) ("Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court"). Also, since this matter is on appeal, the Court is unable to take any action on this case. United States v. Diveroli, 729 F.3d 1339, 1341 (11th Cir. 2013) ("When an appeal is filed, 'the district court is divested of jurisdiction to take *any* action with regard to the matter except in aid of the appeal.'") (quoting Shewchun v. United States, 797 F.2d 941, 942 (11th Cir. 1986)). The Court will strike the notice.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Clerk is directed to **STRIKE** the *pro se* notice. (Doc. #175). The Government's Motion to Strike (Doc. #179) is **DENIED as moot**.

**DONE AND ORDERED** at Fort Myers, Florida, this June 22, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record